# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1194
LT Case No. 2010-030698-CFAES

———————————————

DANIEL RYAN BLAIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Volusia County.
Kathryn Diane Weston, Judge.

Dan Ripley, of Ripley Whisenhunt, PLLC, Pinellas Park,
for Appellant.

No Appearance for Appellee.

November 25, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EDWARDS and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————